Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

SEP 28 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

_____ Division

Joseph A. Stanford
Softwho
_____ Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Microsoft Inc.
Cisco Systems Inc
AT&T Inc
Abbot Industries Inc
_____ Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **CIV 22 857 G**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No


## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Softwho

| | |
|---|---|
| Name | Joseph Stanford |
| Street Address | 808 W. California |
| City and County | Oklahoma City, OK 73106 |
| State and Zip Code | Oklahoma, 73106 |
| Telephone Number | 485-232-2709 |
| E-mail Address | general@softwho.us |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Microsoft
  Job or Title (if known): Bill Gates (CEO)
  Street Address: One Microsoft Way
  City and County: Redmond, Washington 98052
  State and Zip Code: Washington 98052
  Telephone Number: n/a
  E-mail Address (if known): n/a (at large) — monopolies

Defendant No. 2
  Name: Cisco Systems Inc.
  Job or Title (if known): CEO
  Street Address: 170 W. Tasman
  City and County: San Jose
  State and Zip Code: California 95134-1706
  Telephone Number: n/a
  E-mail Address (if known): (at large monopolies)

Defendant No. 3
  Name: Wells Fargo
  Job or Title (if known): 420 Montgomery Street
  Street Address:
  City and County: San Francisco
  State and Zip Code: California 94104
  Telephone Number: n/a
  E-mail Address (if known): n/a (at large monopolies) financial institution

Defendant No. 4
  Name: Abbott Laboratories
  Job or Title (if known):
  Street Address: 100 Abbott Park Road
  City and County: Abbott Park
  State and Zip Code: Illinois 60064-6100
  Telephone Number: n/a
  E-mail Address (if known): at large (monopolies) bio/life sciences

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1830 Theft of Trade Secret
Amendment 14 substantive due process
life, liberty, or property with pro de-properties

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* Microsoft , is a citizen of
the State of *(name)* Washington . Or is a citizen of
*(foreign nation)* _____.

Page 3 of 5

    b.    If the defendant is a corporation
The defendant, *(name)* __Microsoft, Inc__, is incorporated under the laws of the State of *(name)* __Washington__, and has its principal place of business in the State of *(name)* __monopolies__.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* __Washington__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Three times value of properties assigned to emerging notify of $6,080,000,000.00 $6 Billion dollars.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) plaintiff federal violations of laws and public rights due to property unto monopoly established all parties failure to license at least pr activity un to circulation by contract with microsoft software. Pro se includes forced pro se [illegible] grave danger of type 1 hypo pro public where options and eases properties would correct deficits for [illegible] products gross domestic products.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro se includes two areas of settlement where not to punitive clip damage [illegible] with due process are collect being of approved $50-$1 billion to $3 billion dollars and further public damage by failure of probe with [illegible] $6 Billion annual of mining yearly annual available income. Finally pro se states damages of compensatory grief in [illegible] and value of person of $1 Billion dollars pursuit to stop pro se fee or court redress.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/28/2022

Signature of Plaintiff: Joseph A. Stafford

Printed Name of Plaintiff: Joseph A. Stafford

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

① Microsoft
One Microsoft Way
Redmond, WA 98052-6399

② Cisco Systems Inc
170 W. Tasman Drive
San Jose CA 95134-1706

③ Wells Fargo
420 Montgomery Street
San Francisco 94104

④ Abbot Laboratories
100 Abbott Park Road
Abbott Park, IL 60064   224-667-6100

⑤ AT&T
208 S Akard St Dallas, Texas 75202